**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

ANA DILIA VALDEZ HERNANDEZ      CIVIL ACTION NO. 26-1613

     SECTION P

VS.

     JUDGE JERRY EDWARDS, JR.

BRIAN ACUNA, ET AL.      MAG. JUDGE KAYLA D. MCCLUSKY

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Ana Dilia Valdez Hernandez's request for habeas corpus is **GRANTED**.  Respondents, and the warden of South Louisiana ICE Processing Center, shall (A) **release** Petitioner from custody under appropriate conditions no later than **Thursday, July 30, 2026 at 5:00 pm** and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

IT IS FURTHER ORDERED that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming her release.

ALEXANDRIA, LOUISIANA, this 27th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE